# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:05-CR-00397-KJD-PAL |
| v. | **ORDER** |
| JOSE RODRIGUEZ, | |
| Defendant. | |

Presently, the Court has before it the Report of Findings and Recommendation (#48) filed by Magistrate Judge Peggy L. Leen.  Defendant filed Objections to Report and Recommendations of United States Magistrate Judge (#51), to which the Government filed a Response (#52).  After having reviewed the Report in accordance with 28 U.S.C. § 636(b)(1), the Court will accept it in whole.  The Court overrules Defendant's objections (that there was no reasonable suspicion for a DUI investigation, that assuming there was reasonable suspicion for DUI, the scope of the Fourth Amendment was exceeded by the search of the cooler and tackle box, and that his Fifth Amendment right to remain silent was violated as he unequivocally invoked this right) as they were essentially raised previously and are adequately addressed by the Magistrate Judge's Report.  Finally, the Court overrules Defendant's most colorable objection – that the Magistrate Judge improperly extended United States v. Davis, 512 U.S. 452 (1994) to the Fifth Amendment right to remain silent.  Even

though the Ninth Circuit (as well as other circuits) has left this legal question open, as the Magistrate Judge succinctly stated in her report, the circuits which have expressly addressed this issue have all held that <u>Davis</u> extends to both components of the <u>Miranda</u> warning: the right to counsel and the right to remain silent. The Court agrees with the Magistrate Judge's reasoning that <u>Davis</u> is a supervening decision and should be extended to both components of the <u>Miranda</u> warning. The inevitable appeal hopefully will allow the Ninth Circuit, if it so chooses, to address this question it previously left opened, thereby providing guidance to the district courts in this circuit.

Accordingly, IT IS HEREBY ORDERED that Defendant's Objections to Report and Recommendations of United States Magistrate Judge (#51) is **OVERRULED**.

IT IS FURTHER ORDERED that the Magistrate Judge's Report of Findings and Recommendation (#48) is **ADOPTED** and **APPROVED**.

IT IS FURTHER ORDERED that Defendant's Motion to Suppress is **DENIED**.

DATED this 5th day of January 2007.

_____
Kent J. Dawson
United States District Judge